USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 11/05/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

--------------------------------------------------------------------X

SECURITIES AND EXCHANGE COMMISSION,

Plaintiff,

-v-

SRINIVAS KONERU,

Defendant.

--------------------------------------------------------------------X

25-cv-9327 (LJL)

ORDER

LEWIS J. LIMAN, United States District Judge:

The Court is in receipt of the parties' joint letter motion for an extension of time, dated November 5, 2026. Dkt. No. 37. With respect to that motion, the Court has ordered a conference to be held remotely by Microsoft Teams on November 9, 2026 at 2:00 p.m. Dkt. No. 38.

The parties are instructed to meet and confer prior to that conference to identify any and all current or anticipated discovery disputes that should be brought to the attention of the Court. At the meet and confer, the parties should discuss any measures the Court can take to ensure that discovery is completed in a timely manner. The parties should be prepared to present the discovery disputes and proposed measures to the Court during the November 9 conference.

SO ORDERED.

Dated: November 5, 2026
New York, New York

LEWIS J. LIMAN
United States District Judge